ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

      Tracey S. Benson

                Defendant.

Case No.: 17 MJ 06466          (MRG)

**ORDER OF DISMISSAL**

-----------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed nunc pro tunc to October 20, 2017.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:    21    day of October    , 2021
                    Poughkeepsie, New York